DOBBS, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by Marie Dobbs against the Interborough Rapid Transit Company. No opinion. Motion for reargument (of 158 App. Div. 164, 142 N. Y. Supp. 1044) denied, with $10 costs.